UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21568-CIV-UNGARO

QISDA CORPORATION (formerly
BENQ CORPORATION), a Taiwanese
corporation, and BENQ AMERICA CORP.,
a California corporation,
     Plaintiffs,

v.

JUTAI 611 EQUIPAMENTOS
ELECTRONICOS, LTDA., a Brazilian
corporation, GILBERTO ESCUARIZA,
CARIBE CELULAR, INC., a Florida
corporation, and WAY SYSTEMS, INC.,
a Delaware corporation,
     Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon the Motions of Krista M. Sirola and Joseph C. Gioconda to appear pro hac vice, filed June 20, 2008.  (D.E. 35, 36.)

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises.  Accordingly, it is

ORDERED AND ADJUDGED that said Motions are GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of June, 2008.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record