UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21568-CIV-UNGARO

QISDA CORPORATION (formerly
BENQ CORPORATION), a Taiwanese
corporation, and BENQ AMERICA CORP.,
a California corporation,

    Plaintiffs,

v.

JUTAI 611 EQUIPAMENTOS
ELECTRONICOS, LTDA., a Brazilian
corporation, GILBERTO ESCUARIZA,
CARIBE CELULAR, INC., a Florida
corporation, and WAY SYSTEMS, INC.,
a Delaware corporation,

    Defendants.

_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE came before the Court upon Siemens Aktiengesellschaft's Motion to Intervene as a Plaintiff-Intervenor, filed June 13, 2008. (D.E. 21.)

THE COURT has considered the Motion, the pertinent portions of the record, and is otherwise advised in the premises. A review of the record reveals that Defendants have failed to file a timely response.[1] Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants SHALL file a response no later than Monday, July 28, 2008. Failure to comply shall result in the Court granting Siemens Aktiengesellschaft's Motion by default.

---

[1] In the Motion, Siemens Aktiengesellschaft represents that Plaintiffs have advised Siemens Aktiengesellschaft that they consent to the intervention.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of July, 2008.

*[signature: Ursula Ungaro]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record