UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21568-CV-UNGARO

QSIDA CORPORATION,

       Plaintiff,

v.

JUTAI 661 EQUIPAMENTOS
ELECTRONICOS, LTDA

       Defendant(s).
_____/

ORDER RE-SETTING INITIAL SCHEDULING AND
PLANNING CONFERENCE

THIS CAUSE is hereby re-set for a Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro, at the U.S. District Court, 400 N. Miami Avenue, Miami, Rm 12-4, Florida 33128 on **SEPTEMBER 19, 2008 at 11:00 A.M. The Joint Scheduling Report is due SEPTEMBER 5, 2008.**

DONE AND ORDERED at Miami, Florida this ____ day of July, 2008.

                             URSULA UNGARO
                             UNITED STATES DISTRICT JUDGE

cc: All counsel of record