UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21568-CIV-UNGARO

QISDA CORPORATION (formerly
BENQ CORPORATION), a Taiwanese
corporation, and BENQ AMERICA CORP.,
a California corporation,
    Plaintiffs,

v.

JUTAI 611 EQUIPAMENTOS
ELECTRONICOS, LTDA., a Brazilian
corporation, GILBERTO ESCUARIZA,
CARIBE CELULAR, INC., a Florida
corporation, and WAY SYSTEMS, INC.,
a Delaware corporation,
    Defendants.
_____/

## ORDER GRANTING SIEMENS AKTIENGESELLSCHAFT'S MOTION TO INTERVENE

    THIS CAUSE came before the court upon nonparty Siemens Aktiengesellschaft's (Siemens") Motion to Intervene as Plaintiff-Intervenor, filed June 13, 2008. (D.E. 21.) On July 24, 2008 the Court entered an Order requiring Defendants to file a response on or before July 28, 2008, however no response was filed. The matter is ripe for disposition.

    THE COURT has considered the motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

    ORDERED AND ADJUDGED that nonparty Siemens Aktiengesellschaft's Motion to Intervene as Plaintiff-Intervenor is GRANTED. The parties shall include Siemens as a Plaintiff in the caption of all papers filed with the court.

    DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2008.

*[signature: Ursula Ungaro]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

counsel of record