UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 08-21568-CIV-UNGARO

QISDA CORPORATION,
et al.,
                    Plaintiff,

v.

JUTAI 661 EQUIPAMENTOS
ELECTRONICS, LTDA, et al.,

                    Defendant.
-------------------------------------------/

## ORDER RE-SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

THIS CAUSE is hereby re-set for an Initial Planning and Scheduling Conference before

the Honorable Ursula Ungaro, at the United States Courthouse, 301 North Miami Avenue,

11th Floor, Miami, Florida, on **Friday, OCTOBER 24, 2008 at 11:00 A.M.**

**DONE AND ORDERED** this _____*10*_____ day of September, 2008, at Miami, Florida.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: all counsel of record